09/21/2013 07:00 FAX

JS-6

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1  Brent D. Sokol (State Bar No. 167537)
   bdsokol@jonesday.com
2  Robert J. Kang (State Bar No. 223260)
   rkang@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA 90071-2300
5  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
6
   Attorneys for Plaintiff
7  MUNHWA BROADCASTING CORP., DBA
   MBC AMERICA
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNHWA BROADCASTING CORPORATION, a Korean corporation, dba MBC AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>SOLAFIDE, INC., a California corporation,<br><br>Defendant. | Case No. SACV-07-0699 DOC (ANx)<br><br>Case No. SACV 08-0618 DOC<br><br>Hon. David O. Carter<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| SOLAFIDE, INC., a California corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>MUNHWA BROADCASTING CORPORATION, a Korean corporation, dba MBC AMERICA,<br><br>Counter-Defendant. | Complaint Filed:   June 15, 2007<br><br>Counterclaim Filed:  July 9, 2007 |

CLI-1635541v7

CONSENT JUDGMENT AND
PERMANENT INJUNCTION

WHEREAS, plaintiff Munhwa Broadcasting Corporation, dba MBC America ("MBC") and defendant Solafide, Inc. ("Solafide") have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this judgment, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. MBC has alleged claims for: (1) Trademark Infringement Under 15 U.S.C. § 1125(a), Section 43(a) of the Lanham Act; (2) Common Law Trademark Infringement; (3) California Trademark Dilution under Cal. Bus. & Prof. Code § 14330; (4) California Unfair Competition under Cal. Bus. & Prof. Codes §§ 17200, Et Seq.; and (5) Common Law Unfair Competition.

2. This Court has jurisdiction over each of the parties in this action and over the subject matter and has continuing jurisdiction to enforce the terms and provisions of the Consent Judgment and Permanent Injunction. Venue is proper in this Court.

3. Plaintiff MBC is a Korean corporation having its principal place of business at 31, Youido-dong, Youngdeumpgo-gu, Seoul, 150-728, Republic of Korea. MBC's U.S. branch does business as MBC America.

4. Defendant Solafide is a corporation incorporated under the laws of the State of California, and has its principal place of business at 14524 Myford Road, Irvine, California 92606.

5. Since as early as 2003, and long prior to the acts of Solafide discussed herein, MBC has continuously advertised, marketed, promoted, manufactured, distributed, offered for sale and/or sold, in interstate commerce, a television series and related goods and services, under the distinctive trademark DAE JANG GEUM ("Dae Jang Geum Word Mark") and its transliteration into Korean ("Dae Jang Geum Korean Logo"), and into Chinese as a distinctive hand painted logo ("Dae Jang Geum Chinese Logo").

CLI-1635541v7                                         1                    CONSENT JUDGMENT AND
                                                                           PERMANENT INJUNCTION

09/21/2013 07:00 FAX                                                                    ⌀021

6. MBC's Dae Jang Geum television show is among the most successful and famous television series worldwide, and enjoys a tremendous reputation and goodwill not only in the United States, but throughout the world.

7. MBC's Dae Jang Geum television show is about a girl who works her way up to become the royal cook to the King and royal family. Much of the show is dedicated to cooking and the meticulous reproduction of Korean cuisine. Indeed, the fame of the show has been attributed, in part, to the detailed cooking sequences. Thus, the Dae Jang Geum Marks have become synonymous with food.

8. MBC is the owner of the Dae Jang Geum Word Mark, the Dae Jang Geum Korean Logo, and the Dae Jang Geum Chinese Logo (collectively referred to herein as the "Dae Jang Geum Marks").

9. The Dae Jang Geum Marks are distinctive, famous, and have acquired secondary meaning in that it has come to be associated by the trade and consuming public exclusively with MBC and, as a result, have come to signify MBC as the source of goods and services bearing the same or similar characteristics.

10. Solafide has admitted liability and wrongdoing. Solafide's wrongdoing ("Accused Conduct") includes using MBC's Dae Jang Geum Marks and/or marks confusingly similar to MBC's Dae Jang Geum Marks on Solafide ramen products (the "Accused Item") which Solafide has advertised, marketed, promoted, manufactured, distributed, offered for sale and/or sold, in interstate commerce.

11. Solafide's Accused Conduct has not been sponsored, affiliated or authorized directly or indirectly with or by MBC nor has MBC given Solafide permission or a license, directly or indirectly, to use its trademarks.

12. MBC alleges that Solafide's Accused Conduct is likely to confuse and deceive, and has confused and deceived, customers and prospective customers that MBC sponsors or is affiliated with Solafide and/or its products and this constitutes false designation of origin, false description, false representation and/or unfair



CLJ-1635541v7                       - 2 -                    CONSENT JUDGMENT AND
                                                             PERMANENT INJUNCTION

1 competition in violation of 15 U.S.C. §1125(a) to the substantial and irreparable
2 injury of the public and MBC's business reputation, goodwill and ability to move
3 into new markets.
4     13. Solafide's Accused Conduct began subsequent to MBC's Dae Jang
5 Geum Marks becoming distinctive and famous.
6     14. MBC alleges that Solafide's Accused Conduct was without the prior
7 consent of MBC nor was it sponsored, affiliated or authorized directly or indirectly
8 with or by MBC and Solafide did not have permission to use MBC's trademarks.
9     15. MBC alleges that Solafide has caused the dilution of the distinctive
10 quality of the Dae Dang Geum Marks in violation of Cal. Bus. & Prof. Code
11 § 14330.
12     16. MBC alleges that Solafide's Accused Conduct constitutes California
13 Unfair Competition in violation of California Business and Professions Code
14 §17200, *et seq.* and common law unfair competition.
15     17. Solafide has admitted that it has committed the Accused Conduct and
16 has admitted the truth of MBC's allegations as stated in paragraphs 1-16 above.
17     18. On May 8, 2008, Solafide filed a voluntary petition for relief under
18 chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 et seq. in the United States
19 Bankruptcy Court for the Central District of California (the "Bankruptcy Court").
20 On July 21, 2008, by order of this Court, reference to the Bankruptcy Court of
21 certain matters involving the parties was withdrawn to this Court. The parties
22 acknowledge that Solafide's entry into this Consent Judgment and Permanent
23 Injunction has been approved by the appropriate court and does not violate the
24 automatic stay of section 362 of the Bankruptcy Code.
25     19. For purposes of resolving this litigation, MBC and Solafide agree that
26 Solafide, its partners, employees, agents, representatives, attorneys, and all persons
27 acting or claiming to act on its behalf or under its direction or authority, and all
28 persons acting in concert or in participation with it who receive actual notice of this

CLI-1635541v7

- 3 -

CONSENT JUDGMENT AND
PERMANENT INJUNCTION

09/21/2013 07:00 FAX

Order by personal service or otherwise, are hereby permanently enjoined from engaging in any of the following activities:

(a) from using the Dae Jang Geum Word Mark and Dae Jang Geum Logo, or any other appearance feature, logo, device, or word mark that is a colorable imitation of, or is confusingly similar to, the Dae Jang Geum Word Mark or Logo (including any transliteration of the Word Mark or Logo in any language and the marks Defendant applied for in pending U.S. Trademark Applications Serial Nos. 76/670,563, 76/662,446, and 76/675,405), including by advertising, marketing, promoting, manufacturing, distributing, offering for sale, or selling any product or service bearing the same within and/or outside the United States;

(b) from representing in any manner or by any method whatsoever, that goods, services or other products provided by Solafide are sponsored, approved, authorized by or originate from MBC or otherwise taking any action likely to cause confusion, mistake or deception as to the origin, approval, sponsorship or certification of such goods or services;

(c) from infringing, diluting, or tarnishing the distinctive quality of the Dae Jang Geum Marks (including any transliteration of the Word Mark or Logo in any language);

(d) from copying, distributing, displaying or using the Dae Jang Geum series storylines; and

(e) from unfairly competing with MBC in any manner concerning the matters set forth or related to items 19(a) through 19(d) above.

20. Solafide shall either deliver up to MBC for destruction or itself destroy all products, containers, packages, labels, literature, catalogs, signs, advertising material and the like bearing the Dae Jang Geum Marks, or any other mark that is confusingly similar to the Dae Jang Geum Marks (including any transliteration of

the Word Mark or Logo in any language including Korean), together with all means of making the same.

21. Solafide shall account for and identify all profits, transactions, offers and promotions, of any kind, involving products that infringe MBC's trademarks.

22. Solafide shall grant, transfer, assign and convey to MBC, its entire right, title and interest in and to all trademarks and trademark applications, together with the goodwill of the business symbolized by the trademarks and applications, that are the same or confusingly similar to MBC's Dae Jang Geum Marks and any variants and transliterations thereof, including the trademark applications corresponding to U.S. Trademark Application Serial Nos.: 76/670,563, 76/662,446, and 76/675,405.

23. If it has not already done so, Solafide shall send to MBC's counsel a sworn declaration indicating:

    (a) a listing of the name and last known address and telephone number of each person or entity to whom it provided the Accused Item;

    (b) the total number of Accused Items it distributed;

    (c) the first and last shipment and distribution dates;

    (d) the average compensation it received for the Accused Item; and

    (e) a general cost accounting of the same.

24. Other than any component of the claim of MBC relating to attorneys' fees and costs that is being allowed pursuant to this settlement in Solafide's bankrutpcy case, the parties shall bear their own attorneys' fees and costs.

25. Service by mail upon Solafide, addressed to Anthony J. Malutta of Townsend and Townsend and Crew, Two Embarcadero Center, 8th Floor, San Francisco, California 94111, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice to Solafide under Rule 65(d) of the Federal Rules of Civil Procedure. It shall not be necessary for Solafide to sign any form of acknowledgment of service.

CLI-1635541v7     -5-     CONSENT JUDGMENT AND PERMANENT INJUNCTION

IT IS SO ORDERED

Dated September 22, 2008

David O. Carter

United States District Judge

09/21/2013 07:01 FAX @031

1
2  IT IS SO ORDERED.
3
4  Dated: _____    By: _____
                                Honorable David O. Carter
5                               United States District Court Judge
6
7  Approved as to form and content:
8  Dated: _____    JONES DAY
9
                             By: _____
10                              Brent D. Sokol
11                           Attorney for Plaintiff,
                             MUNHWA BROADCASTING
12                           CORPORATION DBA MBC
                             AMERICA
13
   Dated: _____    TOWNSEND AND TOWNSEND
14                           AND CREW
15                           By: _____
                                Anthony J. Malutta
16
17                           Attorney for Defendant
                             SOLAFIDE, INC.
18
19
20
21
22
23
24
25
26
27
28

CLI-1635541v7

- 6 -

CONSENT JUDGMENT AND
PERMANENT INJUNCTION

# NOTICE PARTY SERVICE LIST

**Case No.** SACV08-0618 DOC    **Case Title** Munwha Broadcasting Corporation -V- Solafide Inc.

**Title of Document** CONSENT JUDGMENT AND PERMANENT INJUNCTION

| | | | |
|---|---|---|---|
| | ADR | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | X | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Chief Deputy Admin | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Ops | | US Probation Office (USPO) |
| | Clerk of Court | | US Trustee's Office |
| | Death Penalty H/C (Law Clerks) | | Warden, San Quentin State Prison, CA |

| **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|
| Name: |
| Firm: |
| Address *(include suite or floor)*: |
| |
| *E-mail: |
| *Fax No.: |
| * For CIVIL cases only |

| | |
|---|---|
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

**JUDGE / MAGISTRATE JUDGE (list below):**

**Initials of Deputy Clerk** kh